

### GREEN·SEIFTER
ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES

VALERIE L.F. ALBERTO
CECELIA R.S. CANNON
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
EMILEE K. LAWSON HATCH ***
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
DAVID C. TEMES

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

May 5, 2010

U. S. Bankruptcy Court Clerk
James M. Hanley Federal Building
100 South Clinton Street, Room 315
Syracuse, New York 13202

Re:   Adam A. Lidel  &  Jessica M. Ryder
      Case No. 08-32990

Dear Clerk:

Enclosed please find a check in the amount of $26.47 which represents the dividend issued to Total Card for Plains Commerce Bank, PO Box 90340, Sioux Falls, SD, 57109. The check was not cashed within the 90 day time frame. A stop payment was issued and a new check was issued payable to the Court.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn Murphy
Paralegal

CAM/
Enclosure
CAM:1400724.1

WWW.GSLAW.COM